JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON L. BAILEY, | Case No. EDCV 15-1805-KK |
| Plaintiff, | |
| v. | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to sentence four of Title 42 of the United States Code, section 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED.

Dated: September 23, 2016

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge